## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARZAD N. KHOSRAVI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-02066-TSC |
| ) | |
| THE GOVERNMENT OF THE ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff Farzad N. Khosravi moves this Honorable Court to enter a default judgment against the Islamic Republic of Iran (collectively, "Iran").  Mr. Khosravi, a United States citizen, spent eight months in Iran's notorious Evin prison where he was held hostage and tortured until his release in January 2016.  Mr. Khosravi brought this action for compensatory and punitive damages against Iran on October 17, 2016, under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611.  [ECF No. 1].  Iran was properly served with process pursuant to 28 U.S.C. § 1608(a)(4), but failed to respond to the complaint.  [ECF No. 7].  As a result, the Clerk entered a default upon motion on June 26, 2017.  Mr. Khosravi now moves for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and 28 U.S.C. § 1608(e).

The grounds for the default judgment requested are set forth more fully for the Court's consideration in the accompanying proposed findings of fact and conclusions of law.

Respectfully submitted,

/s/ Danny C. Onorato
Danny C. Onorato (D.C. Bar No. 480043)
David H. Dickieson (D.C. Bar No. 321778)
SCHERTLER & ONORATO, LLP
1101 Pennsylvania Avenue NW, Suite 1150
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
donorato@schertlerlaw.com
ddickieson@schertlerlaw.com
